# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN A. CHACON,<br><br>        Petitioner,<br><br>    v.<br><br>ON HABEAS CORPUS,<br><br>        Respondent. | Case No.:1:13-cv-00564-AWI-SAB (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(ECF No. 8) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 26, 2013, Petitioner filed a motion to extend time to file objections to the Findings and Recommendation.

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that:

Petitioner is granted thirty (30) days from the date of service of this order in which to file objections to the Findings and Recommendation.

IT IS SO ORDERED.

Dated:  **August 5, 2013**

UNITED STATES MAGISTRATE JUDGE

1